**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00218-CR

### DARREN DWYONE GREEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F11-62506-K

## ORDER

The Court **REINSTATES** the appeal.

On June 20, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore requested preparation of the reporter's record on February 27, 2013; (4) Janice Garrett, official court reporter of the Criminal District Court No. 4, recorded the proceedings; (5) Ms. Garrett was unaware of the "abatement" order until September 9, 2013 because the order incorrectly identified the trial court as the 194th Judicial District Court; and (6) Ms. Garrett requested sixty days from the September 10, 2013 hearing to file the record due to wrist injuries and her workload.

We note the reporter's record was already more than two months overdue when the appeal was abated in June 2013. No finding was made that Ms. Garrett was not aware the case was on appeal, nor was there a finding made regarding why Ms. Garrett never sought an extension of time to file the record from this Court before the appeal was abated.

Accordingly, we **ORDER** Janice Garrett, official court reporter of the Criminal District Court No. 4, to file the reporter's record in this appeal by **NOVEMBER 1, 2013**. No further extensions will be granted. If the reporter's record is not filed by the date specified, we will order that Janice Garrett not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, official court reporter, Criminal District Court No. 4; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE